# Exhibit A

Request - F-2023-10501                                                    ← Back

## Requester Details

To modify request details please update your requester profile or contact the our office for assistance.

**Mr. Mark Javitch**
Attorney
Jewish Legal News, Inc.
3 East 3rd Ave. Ste. 200
San Mateo, CA  94401
Phone 4023015544
mark@javitchlawoffice.com

Requester Default Category: News Media

## Request Details

| | |
|---|---|
| Date Requested | 07/02/2023 |
| Received Date | 07/03/2023 |
| Estimate Delivery Date | 08/15/2023 |
| Status | Received |

## General Information

Please select **IPS** if you are seeking records relating to (1) the formulation and execution of U.S. foreign policy, (2) the administration and operations of the U.S. Department of State and U.S. missions abroad, (3) visa requests from non-citizens to the enter the U.S., (4) consular assistance to U.S. citizens abroad, and (5) current and former employees of the U.S. Department of State.

If you are seeking U.S. passport records, please select **PPT**.

| | |
|---|---|
| Action Office | IPS |
| Action Office Instructions | Department of State |
| Request Type | FOIA |
| Requester Category | News Media |
| Delivery Mode | PAL Download |

## Shipping Address

| | | | |
|---|---|---|---|
| Street1 | 3 East 3rd Ave. Ste. 200 | Street2 | |
| Country | United States | City | San Mateo |
| State | California | Other State/Province (Int'l) | |
| Zip Code | 94401 | | |

## Description of Records

8/4/23, 10:28 AM DoS FOIA Portal Request Detail page. Request-F-2023-10501

Case 3:23-cv-04261-SK   Document 1-1   Filed 08/21/23   Page 3 of 4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above and consenting to and authorizing disclosure of my records, or records that I am entitled to request as the parent of a minor or the legal guardian of an incompetent, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine, imprisonment of not more than five years, or both, and that requesting or obtaining any record(s) under false pretense is punishable under the provisions of 5 U.S.C § 552a(i)(3) by a fine of not more than $5,000.

**Records Description**

Jewish Legal News, Inc. requests communications sent from and received by Ambassador Deborah Lipstadt and/or her office regarding the strategy on antisemitism recently announced by President Biden

**Date Range for Record Search: From(mm/dd/yyyy)**   03/01/2022

**To (mm/dd/yyyy)**   07/01/2023

The search will end with the date entered into the date range unless "present" is specified in the text of the request description.

Requests for an individual's visa records/an individual's records require a valid authorization from the subject of the records. If you are seeking records about/on behalf of someone else, you are required to complete and attach a **DS-4240C** (Consent) form.

**Description Document**   📎 Add Attachment

### FOIA Visa Add'l Information

**Visa Applicant Name**

**Aliases**

**Date of Birth (mm/dd/yyyy)**

**Applicant's Place of Birth**

**Case/Receipt #**

### Fee Information

The FOIA allows agencies to charge fees for processing FOIA requests (See **Fee Regulations** for Requester Category Information)

**Fee Agreement** (enter the maximum amount of fees you are willing to pay)

**Willing Amount ($)**   25.00

**Fee Waiver Requests -** A request for a waiver or a reduction of fees will be considered if disclosure of the information is in the public interest, because it is likely to contribute significantly to public understanding of the operations or activities of the government, and is not primarily in the commercial interest of the requester.

**Fee Waiver Requested**   ☐ 📎 Add Attachment

**Fee Waiver Request Reason**

**Cost Details :**

| | |
|---|---|
| Total Cost | $0.00 |
| Cost Incurred | $0.00 |
| Amount Paid | $0.00 |
| Balance Amount | $0.00 |

| | |
|---|---|
| Payment Status | No Charges |
| Willing to Pay All Fees | ☑ |

**Expedite Information**

Check to Request Expedite ☐  📎 Add Attachment

**Expedite Requests -** A request for expedited processing can be granted if the requester shows a "compelling need" for an expedited response. The requester must also certify that the statement of compelling need is true and correct to the best of his or her knowledge and belief. A "compelling need" warranting faster FOIA processing exists in three categories of circumstances.
- That the failure to obtain the records within an expedited deadline could reasonably be expected to pose an imminent threat to an individual's life or physical safety.
- A request by someone "primarily engaged in disseminating information" and "a matter of current exigency to the American public."
- The loss of substantial due process of rights.

Reason for Expedite Request

[STATE.gov](STATE.gov)   [USA.gov](USA.gov)   [FOIA.gov](FOIA.gov)