# Exhibit B



Mark Javitch <mark@javitchlawoffice.com>

## Ref: F-2023-10501
1 message

**foiastatus@state.gov** <foiastatus@state.gov>  Sat, Jul 1, 2023 at 5:07 PM
To: mark@javitchlawoffice.com

Dear Mark Javitch:

Thank you for filing your information access request to the U.S. Department of State. Your request number is F-2023-10501.

You will receive a formal acknowledgement to your request in no later than 10 working days. If the Department requires additional information from you, then you will also be notified.

Should you have any questions about your request, you may also contact us at:

FOIAStatus@state.gov


Regards,
Requesters Communications Branch
Office of Information Programs and Services
U.S. Department of State