# Exhibit C



Mark Javitch <mark@javitchlawoffice.com>

## Status Update for Request #F-2023-10501 with U.S. Department of State
1 message

**foiastatus@state.gov** <foiastatus@state.gov>  Sat, Jul 1, 2023 at 5:07 PM
To: mark@javitchlawoffice.com

Dear Mark Javitch,

The status of your FOIA request #F-2023-10501 has been updated to the following status 'Received'. To learn more, please log into the DoS FOIA Portal via the Application URL below.

https://pal.foia.state.gov

Regards,
U.S. Department of State