# Exhibit E



8/21/23, 2:51 PM  Case 3:23-cv-04261-SK  Gmail - Re: Ref: F-2023-10501, Freedom of Information Act Acknowledgement  Document 15  Filed 08/21/23  Page 2 of 3

Mark Javitch <mark@javitchlawoffice.com>

## Re: Ref: F-2023-10501, Freedom of Information Act Acknowledgement
1 message

**Mark Javitch** <mark@javitchlawoffice.com>  Mon, Aug 21, 2023 at 2:49 PM
To: foiarequest@state.gov

To whom it may concern,

I see that you have suggested that you treat as non-responsive:

"any compilations of publicly available news reports and any publicly available documents not created by the U.S. government, such as mass-distribution emails from news media"

However, JLN declines your proposal to narrow the request in this manner because the news reports responsive to the request may shed light on the information the administration was considering when it made decisions related to the recently announced antisemitism strategy.

Best,
Mark Javitch

On Mon, Aug 14, 2023 at 11:14 AM <A_FOIAacknowledgement@groups.state.gov> wrote:
> **THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**
>
>
> 08/14/2023                                                                                              Ref: F-2023-10501
>
> Dear Mr. Javitch:
>
> This is an acknowledgment to your July 2, 2023, Freedom of Information Act (FOIA) (5 U.S.C. § 552) and Privacy Act request (5 U.S.C. § 552a) received by the U.S. Department of State, Office of Information Programs and Services and received on July 3, 2023.
>
> You are seeking communications sent from and received by Ambassador Deborah Lipstadt and/or her office regarding the strategy on antisemitism recently announced by President Biden in May 2023. The date range is from March 01, 2022, through July 01, 2023.
>
> Unless you advise otherwise, we will treat as non-responsive any compilations of publicly available news reports and any publicly available documents not created by the U.S. government, such as mass-distribution emails from news media.
>
> This Office assigned your request the above reference number and placed it in the complex processing track where it will be processed as quickly as possible. See 22 CFR §171.11(h). This Office will not be able to respond within the 20 days provided by the statute due to "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). In

this instance, the unusual circumstances include the need to search for and collect requested records from other Department offices or Foreign Service posts.

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, or would like an estimated date of completion, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

For a faster response, you may contact us by email at foiarequest@state.gov. In your email correspondence, please reference the request identification number in the subject line.

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**